# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1270

_____

Kimberly Kenney

*Plaintiff - Appellant*

v.

University of Arkansas at Little Rock; University of Arkansas for Medical
Sciences; Rainwater Holt & Sexton; Central for Arkansas Legal Services;
University of Arkansas Human Resource Department; University of Arkansas
Department of Public Safety; University of Arkansas Student Accounts;
University of Arkansas Financial Aid Office; Equal Employment Opportunity Commission

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: June 23, 2106
Filed: June 27, 2016
[Unpublished]

_____

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Kimberly Kenney appeals the district court's[1] preservice dismissal of her pro se complaint alleging employment discrimination and claims related to state-court litigation. Following careful de novo review, see <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we find no reversible error. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.